ALIDA F. FLINT, Appellant, *v.* CALVIN H. BELL, Respondent.

(Argued March 4, 1886; decided March 23, 1886.)

*O. W. Smith* for appellant.

*Amasa J. Parker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MARY PERRY, Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

(Submitted March 4, 1886; decided March 23, 1886.)

*Edmund B. Wynn* for appellant.

*D. Magone* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.